UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN SMITH,
        Plaintiff,

v.     05-CV-3229

TERRY POLK,
KEVIN WINTERS,
SANDRA FUNK,
DEBORAH FUQUA,
STANLEY SIMS, M.D., and
LOWELL BROWN, M.D.,

        Defendants.

## Case Management Order #2

The docket reflects that all the defendants have been served, though defendant Winters has not yet appeared (he did, however, sign a waiver of service (d/e 13)). Accordingly, the court enters the following case management order.

IT IS ORDERED THAT:

1) The status conference scheduled for February 1, 2006, is canceled as unnecessary.

2) The motion for a HIPAA qualified protective order by defendants Sims and Brown is granted (d/e 16). The clerk is directed to affix the court's electronic signature to the proposed order (attached to d/e 16) and to enter and docket said order.

3) The motion to stay responsive pleadings by defendants Fuqua, Funk and Polk is denied (d/e 19). In the court's experience, efficient case progression is best accomplished with Answers filed at the start of the case, though the question of exhaustion must be answered before the case's merits can be reached.

4) Defendants Fuqua, Funk, Polk and Winters are directed to file an Answer by February 6, 2006.

5) By January 30, the defendants shall inform the court whether the Illinois Attorney General will be representing defendant Winters. If defendant Winters does not appear, he may be subject to default on proper motion of the plaintiff.

6) The plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by May 31, 2006.

7) The defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by June 30, 2006.

8) Discovery closes July 31, 2006. The plaintiff's incarceration limits him to written discovery. Written discovery shall be served on a party at least 30 days before the discovery deadline. The parties do not file their discovery requests with the court, unless there is a dispute regarding such discovery. *See* CDIL-LR 26.3. Motions to compel discovery must be accompanied by the relevant portions of the discovery request made and the response given. Additionally, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a discovery request, except for good cause shown.

      9) Dispositive motions are due August 31, 2006.

      10) A final pretrial is scheduled for January 16, 2007, at 1:30 p.m. by video conference.  The proposed final pretrial order is due January 10, 2007.

      11) A jury trial is scheduled for February 5, 2007, at 9:00 a.m., by personal appearance before the court sitting in Urbana, Illinois.

Entered this 19th Day of January, 2006.

                                                    **s\Harold A. Baker**

                                                    HAROLD A. BAKER
                                           UNITED STATES DISTRICT JUDGE